Elizabeth A. Watson v. George G. Watson.—

Concur
— Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.